UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAMANTHA ELIZABETH P.,

                      Plaintiff,         **STIPULATION AND ORDER**

    v.                                 5:23-cv-00889-GTS-MJK

MARTIN J. O'MALLEY,
Commissioner of Social Security,

                      Defendant.
-------------------------------------------------------------x

    This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Fergus Kaiser, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 13th day of April, 2024;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

                                                               _____
                                                                Glenn T. Suddaby
                                                                U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

                                                CARLA B. FREEDMAN
                                                United States Attorney

Dated: New York, New York
April 11, 2024

                                 By:  */s/ Fergus Kaiser*
                                        FERGUS KAISER
                                        Special Assistant United States Attorney
                                        c/o Social Security Administration
                                        Office of the General Counsel
                                        6401 Security Boulevard
                                        Baltimore, MD 21235
                                        212-264-2049
                                        Email: fergus.kaiser@ssa.gov

Dated: Amherst, New York
April 11, 2024

                                                Law Offices of Kenneth Hiller, PLLC
                                                *Attorney for Plaintiff*

                                 By:  */s/ Justin M. Goldstein*
                                        JUSTIN M. GOLDSTEIN
                                        Law Offices of Kenneth Hiller, PLLC
                                        6000 North Bailey Avenue - Suite 1A
                                        Amherst, NY 14226
                                        716-564-3288
                                        Fax: 716-332-1884
                                        Email: jgoldstein@kennethhiller.com