```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SAMANTHA ELIZABETH P.,                      :
                                            :
                                            :   CONSENT ORDER AWARDING
                    Plaintiff,              :   ATTORNEY'S FEES UNDER THE
                                            :   EQUAL ACCESS TO JUSTICE ACT
       v.                                   :   (EAJA), 28 U.S.C. § 2412(d)
                                            :
COMMISSIONER OF SOCIAL                      :
SECURITY                                    :
                                            :
                                            :   5:23-cv-00889-GTS-MJK
                    Defendant.              :
-----------------------------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $8,901.62 (eight thousand, nine hundred, and one dollars and sixty-two cents) for attorney fees, and costs in the amount of $402.00 (four hundred and two dollars and zero cents) pursuant to 28 U.S.C. § 1920. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer his rights to EAJA fees to his attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this __13th__ day of __May__, 20__24__;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

*[Signature]*
Glenn T. Suddaby
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

          CARLA B. FREEDMAN
          United States Attorney
          Northern District of New York
          Attorney for Defendant

By:  *s/ Fergus Kaiser*
          Fergus Kaiser
          Special Assistant U.S. Attorney
          Northern District of New York
          Office of Program Litigation, Office 2
          Social Security Administration
          6401 Security Boulevard
          Baltimore, MD 21235
          (212) 264-2049
          Email: fergus.kaiser@ssa.gov


          Law Offices of Kenneth Hiller, PLLC
          *Attorney for Plaintiff*

By:  */s/* Justin M. Goldstein
          JUSTIN M. GOLDSTEIN
          Law Offices of Kenneth Hiller, PLLC
          6000 North Bailey Avenue - Suite 1A
          Amherst, NY 14226
          716-564-3288
          Fax: 716-332-1884
          Email: jgoldstein@kennethhiller.com